[No. 46104-8-II.   Division Two.   February 23, 2016.]

*In the Matter of the Parenting and Support of C.T.*

ANDRE LOUIS YOUNG, *Respondent*, v. CHERRY KAY THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-3-02060-1, Gerald T. Costello, J., entered March 31, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Lee, J. Now published at 193 Wn. App. 427.

[Nos. 46119-6-II; 47142-6-II.   Division Two.   February 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES R. GOTCHER, *Appellant*.

*In the Matter of the Personal Restraint of* CHARLES R. GOTCHER, *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00199-6, Gordon Godfrey, J., entered March 10, 2014, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 46747-0-II.   Division Two.   February 23, 2016.]

RICHARD JOHNSON ET AL., *Respondents*, v. RICHARD SORRELS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-07793-4, Kathryn J. Nelson, J., entered August 15, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.